**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NORMAN COOK and** | ) | |
| **GLENDA SUE COOK,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 09-3074-CV-S-GAF** |
| | ) | |
| **STOREY WRECKER SERVICE, INC.** | ) | |
| **and MARK COOK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

    Pending before the Court is Defendant Mark Cook's ("Cook") Motion to Dismiss and Defendant Storey Wrecker Service, Inc.'s ("Storey") Motion to Dismiss. (Doc. #1, Ex. A). For the reasons set forth in the Court's recent Order denying Plaintiffs Norman and Glenda Sue Cook's ("Plaintiffs") Motion to Remand (Doc. #19), Cook's Motion to Dismiss is GRANTED. Storey, on the other hand, has filed no supporting brief asserting any proper grounds on which its Motion could be granted and no reply brief to Plaintiffs' opposition brief. Storey's Motion to Dismiss is therefore DENIED.

**IT IS SO ORDERED.**

                                    s/ Gary A. Fenner
                                    Gary A. Fenner, Judge
                                    United States District Court

DATED:  April 21, 2009

1